THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MINNESOTA

United Healthcare Services, Inc.,

                            Plaintiff,     **ORDER FOR DISMISSAL WITH PREJUDICE**

vs.

Payor Reimbursement Negotiators, Inc.,    Court File No.  06-CV-1809 (PAM/JSM)

                          Defendant.

Pursuant to the Parties' Stipulation, the Court ORDERS AS FOLLOWS:

1.     This matter is herein DISMISSED WITH PREJUDICE.

2.     Each party shall be responsible for its own fees, costs, and disbursements incurred in this matter.

DATE: May __8__, 2007                    BY THE COURT

                                                          s/Paul A. Magnuson
                                                          Paul A. Magnuson, Judge
                                                          United States District Court